M. & E. R. R. Co. *v.* Zabriskie.

THE MORRIS AND ESSEX RAILROAD COMPANY, appellant,

*v.*

LANSING ZABRISKIE, respondent.

*Mr. J. D. Bedle*, for appellant.

*Mr. Lansing Zabriskie*, for respondent.

PER CURIAM.

This decree unanimously affirmed, for reasons given by the chancellor in the case below.    *6 Stew. Eq. 22.*

ALEXANDER GRAY, appellant,

*v.*

JOHN GRAY et al., respondents.

*Mr. G. D. W. Vroom* and *Mr. Peter L. Voorhees*, for appellant.

*Mr. E. E. Green* and *Mr. Barker Gummere*, for respondents.

PER CURIAM.

This decree unanimously affirmed, for reasons given by the ordinary in the case below.    *5 Stew. Eq. 692.*